UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA WILLIAMS on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>PHOENIX FINANCIAL SERVICES LLC, and JOHN DOES 1-25.<br><br>Defendants. | Civil Case No.: 2:23-cv-21092<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Benjamin J. Wolf, Esq., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does hereby withdraw this action with prejudice against PHOENIX FINANCIAL SERVICES LLC.

Dated: January 23, 2024

/s/ Benjamin J. Wolf
Benjamin J. Wolf, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227 5900 telephone
(973) 244 0019 facsimile
bwolf@legaljones.com
*Attorney for Plaintiff*

SO ORDERED

 s/Madeline Cox Arleo
MADELINE COX ARLEO, U.S.D.J.

Date: 1/25/24